- 1 -

1 Your Name: Arcelio Joseph Reybol
2 Address: 167 Ben Lomond Hercules, Ca 94547
3 Phone Number: (415) 218-0233
4 Fax Number:
5 E-mail Address: arcelio.reybol@gmail.com
6 Pro Se Plaintiff

**FILED**
SEP 13 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Arcelio Joseph Reybol

Case Number  *[leave blank]*

**CV 23-4696 JCS**

Plaintiff,

vs.

California Secretary of State District Attorney of California

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes [ ]  No [ ]

Defendant.

**PARTIES**

1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

Name: Arcelio Joseph Reybol
Address: 167 Ben Lomond Hercules, Ca 94547
Telephone: 415-218-0233

COMPLAINT
PAGE 1 OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

-2-

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: Secretary of State
Address: Sacramento, California
Telephone: ___

Defendant 2:
Name: District Attorney of California
Address: Sacramento, Ca
Telephone: ___

Defendant 3:
Name: ___
Address: ___
Telephone: ___

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☐ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] ___

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

→ neither.

COMPLAINT
PAGE 2 OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

**VENUE**

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☒ at least one defendant is located in this District and any other defendants are located in California."

**INTRADISTRICT ASSIGNMENT**

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

Certificate in Political Thought and Leadership plus English — ASU.

5. Because this lawsuit arose in __Sacramento__ County, it should be assigned to the __"Where ever is appropriate"__ Division of this Court.

→ no $...

**STATEMENT OF FACTS**

[*Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

(6) I am, with Rights, priviliges, and Honors from Arizona State University, filing for order to be placed on the State of California's election for the position of Governor. I am filing for an order to be placed onto the ballot: "Arcelio Joseph Reybol" for Ca. Governor.

COMPLAINT
PAGE 3 OF ___ [JDC TEMPLATE – Rev. 05/2017]

- 7 -

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

_____

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 9/12/23            Sign Name: Arcelio Reyly

Yesterday was            Print Name: Arcelio Joseph Reyes

Sept. 11th/9-11

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – 05/17]*